# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER DIMENNA

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND THOMAS
ERWIN

NO.  2021 CW 0114

**APRIL 26, 2021**

---

In Re:   Christopher Dimenna, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 662242.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DISMISSED.**   This writ application is dismissed pursuant to relator's correspondence advising that the underlying litigation has settled and this writ application can be disregarded.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT